# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32810**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Cristopher J. ECHAVARRIA**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 5 March 2026

————————————

*Military Judge*: Matthew P. Stoffel.

*Sentence*: Sentence adjudged 15 November 2024 by SPCM convened at Edwards Air Force Base, California. Sentence entered by the military judge on 12 December 2024: Bad-conduct discharge, confinement for 12 months, reduction to E-1, and a reprimand.

*For Appellant*: Major Jordan L. Grande, USAF.

*For Appellee*: Major Vanessa Bairos, USAF; Major Kate E. Lee, USAF; Major Jocelyn Q. Wright, USAF.

Before DOUGLAS, MCCALL, and KUBLER, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). In addition, the sentence as entered is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court